E-FILED
Friday, 05 October, 2018 03:36:53 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-MJ-07 095
)
212 W. Anthony Dr., Champaign, IL, Rm. 245; person of )
FRANSHON STAPLETON; and a black 2004 Ford )
Expedition, IL Reg. AJ42866 described in A1, A2 & A3 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:

212 W. Anthony Dr., Champaign, IL, Rm. 245; person of FRANSHON STAPLETON; and a black 2004 Ford Expedition, IL Reg. AJ42866 more particularly described in A1, A2 and A3.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before  MAY 23 2018  *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ERIC I. LONG_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: MAY 17 CSB, 2018 @ 12:58                s/Colin S. Bruce
                                                                _____
                                                                *Judge's signature*

City and state:   Urbana, Illinois                              COLIN S. BRUCE, District Judge
                                                                *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-MJ-07095 | 05/17/2018 3:30 pm | Franshon Stapleton |

Inventory made in the presence of :
SA Mike Mitchell and SA Brian Withers

Inventory of the property taken and name of any person(s) seized:

Items seized from Room 245 at Red Roof Inn:
1) iPad Mini
2) Credit Card
3) ZTE cellphone
4) Samsung cellphone
5) LG cellphone - 2 each
6) iPad Mini & charger
7) Sandisk Micro SD 32GB
8) Gift / Credit Cards - 6 each
9) Business cards - 3 each
10) Debit card
11) Gift cards - 2 each
12) HTC cellphone
13) HP laptop (SN-5CD751CCOP)
14) HP Pavilion laptop (SN-5CD3370507)
15) Disk media - 25 each
16) Visa cards - 2 each
17) Best Buy gift card
18) Miscellaneous Docs - 1 bag
19) Oxycodone prescription pills - 11 each
20) Drug smoking pipe w/ residue
21) US currency - $1,458.00

Items seized from Ford Expedition:
1) Samsung cellphone
2) ZTE cellphone
3) broken blue glass smoking pipe
4) driver license
5) miscellaneous documents - 2 each
6) used syringe
7) corner bag w/ heroin residue
8) cocaine base (including packaging) - .10 grams
9) capped needles - 2 each
10) US currency - $86.00
11) 2004 Ford Expedition (IL registration AJ42866)

Items seized from person of Franshon Stapleton
1) Samsung Galaxy S6 Edge (IMEI 357942061277812)

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

s/Eric Bowers

Date: 08/15/2018

*Executing officer's signature*

Eric V. Bowers, HSI Special Agent
*Printed name and title*

# ATTACHMENT A1

## *Property to be Searched*

This affidavit is made in support of an application for a warrant to search Room 245 at the Red Roof Inn, located at 212 Anthony Drive, Champaign, Illinois, the **"Subject Premises"**. The hotel has two buildings, one to the east and one to the west. Room 245 is located in the west building, on the west side of that building, on the 2nd floor, and it is the 7th room from the south end of the building, in Champaign County, in the Central District of Illinois. I am requesting authority to search the entire **Subject Premises**, including the dwelling, any containers, including locked safes therein, as well as any computer, smartphone, and other digital media located therein where the items specified in Attachment B may be found.

The below photographs are of the exterior of the building which includes room 245 at the Red Roof Inn, marked in red.



# ATTACHMENT A2

## Description Of Person To Be Searched

**Franshon Stapleton**, DOB: 10/18/1972; FBI #635984NA3, wherever he is found within the Central District of Illinois.



# ATTACHMENT A3
## *Description Of Vehicle To Be Searched*

A black 2004 Ford Expedition bearing Illinois registration number AJ42866, (the "**Subject Vehicle**").



## Attachment B

### *Items to be Seized*

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Sections 1591, 1952 and Title 21, United States Code, Section 841, and the conspiracy to engage in such conduct:

1. Computer(s), computer hardware, computer software, removable digital media, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict pornography or sexually explicit material; display or access information pertaining to a commercial sex acts; display or access information pertaining to commercial sex acts.

2. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, P2P software.

3. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to sex trafficking, money laundering or drug trafficking.

4. In any format and medium, all originals, computer files, copies, and negatives of images of individuals used to facilitate or promote commercial sex acts.

5. Any and all address books, names, and lists of names and addresses of individuals who may have been in communication by use of the computer, smartphone, tablet or by other means for the purpose of promoting sex trafficking, money laundering or drug trafficking.

6. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons communicating, through interstate or foreign commerce by any means, including, but

not limited to, by the United States Mail or by computer, for the purpose of promoting sex trafficking, money laundering or drug trafficking.

7. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about sex trafficking, money laundering or drug trafficking or the existence of sites on the Internet that promote or that cater to those with an interest in engaging in such crimes.

8. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or promote sex trafficking.

9. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

10. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

11. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

12. Any and all notebooks, notes, and any other records reflecting personal contact and any other individuals engaged in promoting sex trafficking, money laundering or drug trafficking.

13. Any and all locked safes or other locked containers that may contain evidence of the commission of criminal offenses, or proceeds therefrom, namely, violations of Title 18, United States Code, Sections 1591, 1956, and Title 21, United States Code, Sections 841.

14. Any clothing depicted in the images posted in advertisements observed on the websites relevant to this investigation.

15. Any evidence of association with Jane Doe, including but not limited to photographs, videos, letters, or any property belonging to Jane Doe.

16. Any evidence of prostitution, including but not limited to photographs or videos of scantily clad or nude females, or any advertisements relating to commercial sex.

17. Any and all documentation pertaining to any prostitution enterprise.

18. Any and all documentation relating to hotel stays.

19. Any monies appearing to be derived from illegal activities, whether found on the Subject Person, Vehicle or anywhere in the Subject Premises.

20. Firearms and ammunition, including but not limited to handguns, pistols, revolvers, rifles, shotguns, machine guns and other weapons, as well as any records or receipts pertaining to firearms and ammunition.

21. Controlled substances including cocaine and heroin,

22. Packaging associated with controlled substances.

During the execution of the search of the **Subject Premises** described in **Attachment A1**, law enforcement personnel are authorized to press the fingers

(including thumbs) of individuals found at the Subject Premises to the Touch ID sensor of any Apple brand device(s), such as an iPhone or iPad, or any Samsung device, such as a Galaxy, or any other Touch ID enabled mobile device found at the Subject Premises for the purpose of attempting to unlock the device via Touch ID in order to search the contents as authorized by this warrant.

During the course of the search, photographs of the searched premises may also be taken to record the condition thereof and/or the location of items therein.